IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01308-WDM-PAC

BECKIE GRABAU,

    Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff Beckie Grabau's Motion to Amend Complaint, Motion for Joinder and Motion for Remand to State Court, filed November 21, 2006, is **DENIED without prejudice**, **for failure to comply with D.C.COLO.LCivR 7.1.A.**

Dated:  November 27, 2006