IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01308-WDM-PAC

BECKIE GRABAU,

      Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

      Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion to Vacate and Reschedule Settlement Conference [filed December 7, 2006; Doc. No. 30] is **GRANTED** as follows:

      The Settlement Conference set for March 27, 2007 is *vacated and reset* to **March 20, 2007 at 1:30 p.m.**

      Confidential Settlement Statements are due on or before **March 15, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

      Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

      ***Counsel and parties with full authority to settle must be present.***

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  December 11, 2006