IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01308-WDM-PAC

BECKIE GRABAU,

    Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Vacate Settlement Conference [filed March 7, 2007; Doc. No. 53] is **GRANTED.**  It is

    **FURTHER ORDERED** that counsel shall file a Status Report with the Court 10 days after their private mediation.

Dated:  March 8, 2007