IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01308-WDM-PAC

BECKIE GRABAU,

    Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiffs' Motion for Leave of Court to File Sur-Reply to Respond to Defendants' Reply in Support of Designation of Non-Party at Fault Pursuant to C.R.S. §13-21-111.5 [Doc. #71; filed April 26, 2007], is **DENIED**.

Dated:  May 7, 2007