IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01308-WDM-PAC

BECKIE GRABAU,

      Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

      Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Defendant Target Stores . . . Motion to Compel Insurance Records [Doc. #78, filed May 9, 2007] is set for hearing on **June 6, 2007 at 11:30 a.m. in Courtroom A501 of the Arraj Courthouse.**   It is

      FURTHER **ORDERED** that Defendant's Unopposed Motion to Amend Scheduling Order to Extend Discovery Cutoff to May 10, 2007 [Doc. #76; filed May 7, 2007] is **GRANTED** to allow Plaintiff to complete the Fed.R.Civ.P. 30(b)(6) deposition of Target Corporation.

Dated: May 10, 2007.