IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01308-WDM-PAC

BECKIE GRABAU,

     Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

     Defendant.

_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that the Motion to Withdraw Defendant Target Corporation's Motion for Protective Order Filed May 9, 2007 [Doc. #82; filed May 11, 2007] is **GRANTED** as follows:

     Defendant's Motion for Protective Order with Respect to Specific Topics Identified in Plaintiffs' F.R.C.P. 30(B)(6) Notice of Deposition to Target Corporation [Doc. #79; filed May 9, 2007] is **DENIED AS MOOT**.

Dated:  May 15, 2007