**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge O. Edward Schlatter**

---

**Civil Action No.: 06-cv-01308-WDM-PAC**          **FTR** - Reporter Deck - Courtroom A-501
**Date:   June  06,  2007**                                        Courtroom Deputy, Geneva D. Mattei

---

BECKIE GRABAU,                                                  Reid Elkus
DANIEL GRABAU,                                                Donald Sisson

     **Plaintiff(s),**

v.

TARGET   CORPORATION,                                    John R.  Chase

     **Defendant(s).**

---

### COURTROOM   MINUTES  /  MINUTE   ORDER

---

**HEARING:    MOTIONS   HEARING**
**Court in Session:**      11:30 a.m.
Court calls case.   Appearance of counsel.


**It is ORDERED:**     Defendant's  MOTION  TO  COMPEL  EMPLOYMENT  RECORDS
Docket No.  **77,** Filed May 09, 2007)     is   DENIED.


**It is ORDERED:**     Defendant's  MOTION  TO  COMPEL  INSURANCE  RECORDS
(Docket No.  **78,**  Filed May 09, 2007)     is DENIED.

Discussion regarding the plaintiff's motion to amend the complaint.

Plaintiff requests that the Final Pretrial Conference be reset. The Final Pretrial Conference will be reset at a later date.

Hearing concluded.
**Court in Recess:      12:03 p.m.**
Total time in Court:    00:33