**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 06-cv-01308-WDM-KLM** | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** September 18, 2007 | Courtroom Deputy,  Ellen E. Miller |

_____

BECKIE  GRABAU, and                                            Reid J.  Elkus
DANIEL GRABAU,
        **Plaintiff(s),**
v.

TARGET   CORPORATION,                                       John R.  Chase
        **Defendant(s).**

_____
**COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:  MOTIONS HEARING**
**Court in Session:**  10:30 a.m.
Court calls case.   Appearance of counsel.

The Court raises Plaintiffs' Motion to Strike Defendant's Sixth Supplemental Disclosures Pursuant to FRCP 26(a)(1) and Supplemental Responses to Plaintiffs' Interrogatories for argument.

Argument by Mr. Elkus.
Argument by Mr. Chase.

**It is ORDERED:**   Plaintiffs'   MOTION   TO   STRIKE DEFENDANT'S SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FED.R.CIV.P. RULE 26(a)(1) and SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORIES  (Docket No. **102,** Filed July 13, 2007) is **TAKEN  UNDER  ADVISEMENT.**  The Court will issue a written Order.

HEARING CONCLUDES.

**Court in recess:**    11:02 a.m.
Total In-Court Time:     00:32

To order a transcript of this hearing,   please contact  Avery Woods Reporting  (303)825-6119