# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE WALKER D. MILLER

# COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks	Date: February 28, 2008
Court Reporter: Janet Coppock	Time: one hour and 22 minutes

---

**CASE NO.  06-cv-01308-WDM-KLM**

| Parties | Counsel |
|---|---|
| **BECKIE GRABAU,** | Reid Elkus |
|  | Donald Sisson |
| Plaintiff (s), | |
| vs. | |
| **TARGET CORPORATION,** | John Chase |
|  | Paul Flick |
| Defendant (s). | |

---

## TRIAL PREPARATION CONFERENCE

---

**2:03 p.m.	COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 5 day jury trial, commencing March 10, 2008.  Counsel are advised they are first set and should be prepared to proceed.

Counsel concur settlement does not appear to be a possibility.

Court and counsel discuss Judge Miller's Trial Procedures, including jury selection of 7, 10 minute voir dire by counsel, witnesses and exhibits.

**ORDERED:** **Exhibits 1, 2, 3, 8, 9, 10, 19, 20, 23, 24, 25, 27, 28, 29, 32, 46, 47 49, 50, 51, 52, 59, 60, 61, 62, 63, 64, 65, 66 and 66** are ADMITTED by stipulation.

**ORDERED:** Counsel may submit a revised or supplemental exhibit list with additional stipulations.

Mr. Chase advises that the defendant has some objections to plaintiff's exhibits as being untimely disclosed.

**ORDERED:** Defendant is directed to file a motion in limine addressing its objections to plaintiff's exhibits.

Court and counsel discuss pending motions.

**ORDERED:** Appeal of Magistrate Judge Decision (Doc #120), filed 10/4/07 is denied and the decision is **AFFIRMED.**

**ORDERED:** Plaintiff's Motion in Limine to Exclude Video Surveillance (Doc #127), filed 2/18/08 is **DENIED.**

**ORDERED:** Defendant's Motion in Limine Regarding Plaintiff's Rule 26(a)(1) Disclosures (Doc #128), filed 2/18/08 is **DENIED.**

Mr. Sisson requests a continuance of the trial if the Court concludes there was a late disclosure of insurability issues.

Mr. Chase objects to a continuance.

**ORDERED:** Counsel shall provide the Court with their respective positions regarding this disclosure issue as to what happened and what the remedy should be by **5:00 p.m. on February 29, 2008.** Court reserves ruling on plaintiff's request for a continuance.

Discussion regarding jury instructions.

**ORDERED:** Telephone Conference to address pending pretrial matters is set for **1:30**

**p.m. on March 5, 2008.**

Page Three
06-cv-01308-WDM-KLM
February 28, 2008

**3:25 p.m.    COURT IN RECESS**

**Total in court time:        82 minutes**

**Hearing concluded**