# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE WALKER D. MILLER

# COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 6, 2008 |
| Court Reporter: Adrienne Whitlow | Time: 19 minutes |

**CASE NO. 06-cv-01308-WDM-KLM**

| <u>Parties</u> | <u>Counsel</u> |
|---|---|
| **BECKIE GRABAU,** | Reid Elkus |
| | Donald Sisson |
| Plaintiff (s), | |
| vs. | |
| **TARGET CORPORATION,** | John Chase |
| | Paul Flick |
| Defendant (s). | |

# TELEPHONE CONFERENCE

**1:31 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Court and counsel discuss pending pretrial matters.

**ORDERED:** Plaintiff's Motion for Leave to Allow Telephonic Testimony of Humana One Foundational Witness (Doc #134), filed 2/19/08 is **GRANTED.**

Page Two
06-cv-01308-WDM
March 6, 2008

Mr. Sisson orally moves to reconsider the Court's March 6, 2008 order granting Defendant's Motion in Limine Regarding Plaintiff's February 15, 2008 Disclosure.

Mr. Chase opposes plaintiff's oral motion.

Court states its findings.

**ORDERED:** Plaintiff's Oral Motion to Reconsider is **DENIED.**

Court addresses defendant's objections to plaintiff's witnesses deposition designations and expert witness testimony.

Discussion regarding jury instructions.

**1:50 p.m.    COURT IN RECESS**

**Total in court time:        19 minutes**

**Hearing concluded**